STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Paul Howard Benoist
Benoist Law Firm
329 Market St.
Natchez MS 39120


**REHEARING ACTION: January 24, 2018**


**Docket Number: 16   00937-WCA**

**KEVIN COOLIDGE**
**VERSUS**
**AUSTIN'S AUTO SALVAGE**

**Appealed from Office of Workers' Compensation - #1E Case No. 14-04586**


<u>**BEFORE JUDGES**</u>:

    **Hon. John D. Saunders**
    **Hon. Elizabeth A. Pickett**
    **Hon. Shannon J. Gremillion**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kevin Coolidge** has this day been

    **DENIED.**


cc: Craig S. Watson, Counsel for the Appellant